```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>          Plaintiff, )<br>  )<br>     v.      )<br>  )<br>DASOWN GEORGIO NIX, )<br>  )<br>          Defendant. )<br>  ) | 4:07CR3024<br><br>ORDER |

Defendant has again moved for re-release. However, a few weeks of "no further incidents" is hardly a sign of turning over a new leaf. Defendant's release would pose a danger to the safety of the community.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 31, is denied.

DATED this 27th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge