```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          4:07CR3024
                               )
        V.                     )
                               )
DASOWN GEORGIO NIX,            )          ORDER
                               )
               Defendant.      )
                               )
```

Upon defendant's unopposed motion,

IT IS ORDERED:

1. Defendant's motion to continue the change of plea hearing, filing 33, is granted. The Change of Plea hearing is rescheduled to August 1, 2007 at 2:00 p.m. before the undersigned magistrate judge in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 20th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge